

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**NORTHERN** DISTRICT OF **NEW YORK**

NANCY SWEET, Individually, and as
Mother and Natural Guardian of
Thomas Sweet, a/k/a Thomas Brown,
    Plaintiff,
            v.

**JUDGMENT IN A CIVIL CASE**

ROBERT SHEAHAN,

CASE NUMBER: **1:97-cv-1666**

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED    that this action is dismissed pursuant to the Order of the Honorable David N. Hurd dated 1/9/01.

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 10 2001
AT_____O'CLOCK___M
LAWRENCE K. BAERMAN, Clerk
UTICA

| January 10, 2001 | LAWRENCE K. BAERMAN |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*    Patricia P. Maguire